IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON GEORGE LEWIS, #02119014, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-3272 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, on September 25, 2019.

Gray H. Miller
Senior United States District Judge